UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CR-79-BO-KS-1

UNITED STATES OF AMERICA          )
                                  )
Vs.                               )          **ORDER**
                                  )
DEMARKEE RAYHEEM MIDGETTE,        )
                    Defendant.    )

The Defendant's Motion to Sequester Witnesses is hereby GRANTED. All witnesses scheduled to testify at trial shall be sequestered from the courtroom and one another during the course of the trial.

This the _13_ day of August 2024.

_Terrence Boyle_

TERRENCE W. BOYLE
United States District Judge

1