UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | Docket No. |
| | ) | 5:24-CR-00079-BO-KS-1 |
| v. | ) | |
| | ) | |
| DEMARKEE RAYHEEM MIDGETTE, | ) | |
| | ) | |
| *Defendant*. | ) | |

*******************************

THURSDAY, JUNE 20, 2024
TRANSCRIPT OF ARRAIGNMENT
BEFORE THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

APPEARANCES:

On Behalf of the Government:

Jaren E. Kelly, Esquire
U.S. Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
(919) 856-4092 | jaren.kelly@usdoj.gov

On Behalf of the Defendant:

Jason Ross Page, Esquire
Law Office of Jason R. Page, PLLC
3301-B Nash Street NW
Wilson, North Carolina 27894
(252) 289-9800 | jason@jpagelaw.com

JENNIFER C. CARROLL, RMR, CRR, CRC
Official Court Reporter
United States District Court
Raleigh, North Carolina
Stenotype with computer-aided transcription

Thursday, June 20, 2024, at 2:17 p.m.

**P R O C E E D I N G S**

THE COURT: Demarkee Midgette.

MR. KELLY: Good afternoon, Your Honor.

THE COURT: Good afternoon.

(Defendant is escorted into the courtroom.)

THE COURT: You can have a seat.

(Pause.)

THE COURT: You're Mr. Demarkee Midgette?

THE DEFENDANT: Yes, sir.

THE COURT: Okay. And you're Mr. Page?

MR. PAGE: Yes, sir.

THE COURT: Are you privately retained?

MR. PAGE: No, sir. I'm on the panel now -- again. I was on there about ten years ago, but I'm back on it.

THE COURT: Have you ever appeared in front of me?

MR. PAGE: Once. About 2012 or '13.

THE COURT: Oh, okay.

You're going to enter a plea of not guilty to the charges?

THE DEFENDANT: Yes, sir.

THE COURT: You're charged in Count 1 with being a felon in possession of a firearm. Punishment

for that is up to 15 years in prison, a fine of $250,000, three years of supervised release, and a special assessment of $100. If your criminal history makes you an armed career criminal, the punishment is 15 years to life, a fine, and supervised release. How do you plead to that: guilty or not guilty?

THE DEFENDANT: Not guilty.

THE COURT: You're charged in Count 2 with possession with intent to distribute 40 grams or more of a mixture and substance containing fentanyl, 50 grams or more of a mixture and substance containing methamphetamine, and a quantity of cocaine and marijuana. Punishment for that is no less than five years, no more than 40 years; a fine of up to $5 million; and four years of supervised release and a special assessment. How do you plead to that charge: guilty or not guilty?

THE DEFENDANT: Not guilty.

THE COURT: And you're charged in Count 3 with being in possession of a firearm in connection with a drug trafficking crime. The punishment for that is no less than five years consecutive to any other punishment you may receive up to life in prison, a fine, and supervised release and a special assessment. How do you plead to Count 3: guilty or not guilty?

14:23:18 THE DEFENDANT: Not guilty.

14:23:19 THE COURT: Okay. Let's set the case for
14:23:22 the week of August 19th and you can provide the
14:23:29 necessary procedural orders in the meantime.

14:23:33 MR. KELLY: Yes, sir.

14:23:35 MR. PAGE: Thank you, Your Honor.

14:23:38 MR. KELLY: Thank you, Your Honor.

14:23:39 (The proceedings concluded at 2:23 p.m.)

* * *

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

CERTIFICATE OF OFFICIAL REPORTER

I, Jennifer C. Carroll, RMR, CRR, CRC, Federal Official Court Reporter, in and for the United States District Court for the Eastern District of North Carolina, do hereby certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 17th day of June, 2025.

/s/ Jennifer C. Carroll
Jennifer C. Carroll, RMR, CRR, CRC
U.S. Official Court Reporter